**OSTRAGER CHONG FLAHERTY & BROITMAN P.C.**
COUNSELORS AT LAW

437 MADISON AVENUE
24TH FLOOR
NEW YORK, NY 10022-7035

TEL: (212) 681-0600
FAX: (212) 681-0300

GLENN F. OSTRAGER
gostrager@ocfblaw.com

September 16, 2024

**VIA ECF**

The Honorable Laura T. Swain
Daniel Patrick Moynihan United States Courthouse
Courtroom 17C 500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

Re: *Roth v. CK Amarillo LP et al*, No. 1:24-cv-00706-JHR (S.D.N.Y.)

Dear Chief Judge Swain:

We are counsel for Andrew E. Roth ("Plaintiff") in the captioned action and write in response to Defendants' Notice of Supplemental Authority filed September 12, 2024 (Dkt. No. 028) to request a stay of this action.

Defendants cite an Opinion and Order of Judge John P. Cronan in *Roth v. LAL Family Corporation et* al, No. 23-9265-JPC (S.D.N.Y. Sept. 10, 2024) ("*LAL* Action"), dismissing the Complaint in that action. The *LAL* Action presents the question of "whether an issuer's share repurchase can be considered a 'purchase' by its controlling shareholder for purposes of Section 16(b)." Slip. Op. at pp. 11-12. Judge Cronan's Opinion, with which we respectfully disagree, is relevant to this Court's determination of Defendants' pending motion to dismiss.

Plaintiff has filed a Notice of Appeal to United States Court of Appeals for the Second Circuit (Case No: unassigned) in the *LAL* Action. We request that this case be stayed pending the Second Circuit's resolution of the appeal in the *LAL* Action. District Court's "have broad authority to stay one action pending the outcome of another" where, as here, there is no prejudice to the parties. *See Royal Park Invs. SA/NV v. Deutsche Bank Nat'l Tr. Co.*, 2018 WL 3849840, at *2 (S.D.N.Y. Aug. 10, 2018).

Respectfully,

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

By: /s/ Glenn F. Ostrager
Glenn F. Ostrager

---

The Court is in receipt of the foregoing request to stay this case pending the outcome of the appeal filed in No. 23-CV-9265-JPC (S.D.N.Y. Sept. 10, 2024), as well as the Defendants' opposition (docket entry no. 30). For substantially the reasons set forth in the opposition, the requested stay is denied. The pending motion to dismiss remains under consideration. This resolves docket entry no. 29.

Dated: September 18, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.