UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREW E. ROTH,

                Plaintiff,

-against-                                        24 **CIVIL** 706 (LTS)

## **JUDGMENT**

CK AMARILLO LP, CK AMARILLO GP, LLC,
CERTARES OPPORTUNITIES LLC, CERTARES
MANAGEMENT LLC, KNIGHTHEAD
CAPITAL MANAGEMENT, LLC, HERTZ
GLOBAL HOLDINGS, INC.,

                Defendants.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated March 30, 2025, Defendants' motion to dismiss is granted in its entirety and judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       March 31, 2025

                                                          **TAMMI M HELLWIG**

                                                           **Clerk of Court**

                            **BY:**              *K. Mango*

                                                            **Deputy Clerk**